UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES OLEN MURRAY III,

Plaintiff,

-against-

LYNELLE MAGINLEY-LIDDIE, et al.,

Defendants.

25-cv-10019 (LLS)

CIVIL JUDGMENT

For the reasons stated in the August 20, 2026, order, the complaint is dismissed for lacks of subject matter jurisdiction.

SO ORDERED.

Dated: September 29, 2026
New York, New York

/s/ Louis L. Stanton
Louis L. Stanton
United States District Judge